In re HEMBY–HUTCHINSON PUB. CO.

(District Court, N. D. Illinois, N. D. October 29, 1900.)

No. 1,471.

BANKRUPTCY—SUITS BY TRUSTEE—JURISDICTION.

    A general appearance by a defendant to a petition by a trustee in bankruptcy does not constitute a consent to be sued in the court of bankruptcy, which will prevent him from objecting to its jurisdiction on the filing of an amended petition, where such amended petition for the first time states a case authorizing relief against him.

In Bankruptcy. On exceptions to report of referee.

Stern & Lauer, for trustee.
Respondents, pro se.

KOHLSAAT, District Judge. In this case I am of the opinion that the general appearance of defendants to the rule to show cause, and their failure to set up their right to be sued in the state court until after the filing of the second amended petition herein, when for the first time a case was made upon which relief could be obtained against them, did not constitute the consent contemplated in the opinions of the supreme court covering the question of the jurisdiction in which trustees in bankruptcy may bring suit. The exceptions to the referee's finding are therefore sustained, and the petition dismissed for want of jurisdiction. The trustee is granted leave to bring suit in the proper state court.